AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

Southern District of New York

Wing Yue Qiu, Qi Zhuo Qiu

V.

Michael Chertoff, Emilio Gonzalez, F. Gerard Heinauer, Condoleezza Rice, Henrietta Fore, Ro

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5571**

**JUDGE HOLWELL**

TO: (Name and address of Defendant)

Michael Chertoff
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore N. Cox
401 Broadway, #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                             JUN 1 1 2007

CLERK _____    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/11/2007 |
| NAME OF SERVER (PRINT)<br>Joan Zheng | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

    **Served on defendant by certified mail**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/11/2007
              *Date*         *Signature of Server*

**401 Broadway Suite 701, New York, NY 10013**
       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Wing Yue Qiu, Qi Zhuo Qiu

V.

Michael Chertoff, Emilio Gonzalez, F. Gerard Heinauer, Condoleezza Rice, Henrietta Fore, Ro

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5571**

**JUDGE HOLWELL**

TO: (Name and address of Defendant)

Emilio T. Gonzalez
Director of U.S. Citizenship & Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore N. Cox
401 Broadway, #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature)_

JUN 1 1 2007

DATE

(By) DEPUTY CLERK

⚜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/11/2007 |
| NAME OF SERVER *(PRINT)*<br>Joan   Zheng | TITLE<br>**Paralegal** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

  **Served on defendant by certified mail**

| STATEMENT OF SERVICE FEES |  |  |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/2007
              Date                         *Signature of Server*

                         **401 Broadway Suite 701, New York, NY 10013**
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Wing Yue Qiu, Qi Zhuo Qiu

V.

Michael Chertoff, Emilio Gonzalez, F. Gerard Heinauer, Condoleezza Rice, Henrietta Fore, Ro

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5571**

**JUDGE HOLWELL**

TO: (Name and address of Defendant)

F. Gerard Heinauer
Director of USCIS Nebraska Service Center
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore N. Cox
401 Broadway, #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 1 2007

CLERK _(signature)_         DATE

(By) DEPUTY CLERK

⋆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>6/11/2007 |
| NAME OF SERVER *(PRINT)*<br>**Joan Zheng** | TITLE<br>**Paralegal** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

    **Served on defendant by certified mail**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/11/2007
               Date         *Signature of Server*

                **401 Broadway Suite 701, New York, NY 10013**
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Wing Yue Qiu, Qi Zhuo Qiu

V.

Michael Chertoff, Emilio Gonzalez, F. Gerard Heinauer, Condoleezza Rice, Henrietta Fore, Ro

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5571**

JUDGE HOLWELL

TO: (Name and address of Defendant)

Condoleezza Rice
Secretary of Department of State
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520-6310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore N. Cox
401 Broadway, #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JUN 1 1 2007

CLERK                                              DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 6/11/2007 |
| NAME OF SERVER (PRINT) Joan Zheng | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

    **Served on defendant by certified mail**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/11/2007
           Date               *Signature of Server*

                        401 Broadway Suite 701, New York, NY 10013
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Wing Yue Qiu, Qi Zhuo Qiu

V.

Michael Chertoff, Emilio Gonzalez, F. Gerard Heinauer, Condoleezza Rice, Henrietta Fore, Ro

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5571**

**JUDGE HOLWELL**

TO: (Name and address of Defendant)

Henrietta Fore
Under Secretary for Management for the Department of State
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520-6310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore N. Cox
401 Broadway, #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 1 1 2007
CLERK                                                 DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/11/2007 |
| NAME OF SERVER *(PRINT)* Joan  Zheng | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

   **Served on defendant by certified mail**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/2007
             *Date*             *Signature of Server*

**401 Broadway Suite 701, New York, NY 10013**

             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Wing Yue Qiu, Qi Zhuo Qiu

V.

Michael Chertoff, Emilio Gonzalez, F. Gerard Heinauer, Condoleezza Rice, Henrietta Fore, Ro

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5571**

**JUDGE HOLWELL**

TO: (Name and address of Defendant)

Robert Goldberg
Consul General, U.S. Consulate at Guangzhou
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520-6310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore N. Cox
401 Broadway, #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 1 2007

CLERK _____ DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/11/2007 |
| NAME OF SERVER *(PRINT)* <br> Joan Zheng | TITLE <br> Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

    **Served on defendant by certified mail**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL <br> $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/11/2007
              *Date*              *Signature of Server*

**401 Broadway Suite 701, New York, NY 10013**
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFICATE OF SERVICE

FILE COPY

I, Joan Zheng, do hereby affirm under penalties of perjury that the following is true:

On June ___11___, 2007, I placed a true copy of the following documents:

- SUMMONS AND COMPLAINT FOR WRIT OF MANDAMUS

in a secure envelope and mailed the same in a receptacle of the United States Postal Service to the following address by CERTIFIED MAIL:

Alberto Gonzales          7001 2510 0000 2744 1309
Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20528

U.S. Attorney's Office    7001 2510 0000 2744 1729
Southern District of New York
Southern District
86 Chambers Street
New York, NY

Michael Chertoff          7001 2510 0000 2744 1668
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Emilio T. Gonzalez        7001 2510 0000 2744 1637
Director of U.S. Citizenship & Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

F. Gerard Heinauer        7001 2510 0000 2744 1323
Director of USCIS Nebraska Service Center
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Condoleezza Rice           7001 2510 0000 2744 1651
Secretary of Department of State
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520–6310

Henrietta Fore             7001 2510 0000 2744 1644
Under Secretary for Management for the Department of State
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520–6310

Robert Goldberg            7001 2510 0000 2744 1712
Consul General, U.S. Consulate at Guangzhou
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520–6310

Joan Zheng
Law Office of Theodore N. Cox
Attorney for Petitioner
401 Broadway, Suite 701
New York, New York 10013
(212) 925-1208