UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
QING YIE QIU AND QI ZHUO QIU,                              :
                                                           :
                Plaintiffs,                    :    **ECF CASE**
                                                           :
      v.                                                   :
                                                           :    07 Civ. 05571 (RJH)
CHERTOFF, ET AL. ,                                         :
                                                           :
                Defendants.                    :    <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 28, 2007

                                        Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York

                         By:            /S/
                                  F. JAMES LOPREST, JR.
                                  Special Assistant United States Attorney
                                  86 Chambers Street, Room 410
                                  New York, New York  10007
                                  Tel. No.:  (212) 637-2728

TO:    Theodore N. Cox, Esq.
         401 Broadway, Suite 701
         New York, NY 10013