UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Qing Yue Qiu *et al.*, <br><br> Plaintiffs, <br><br> versus <br><br> Michael Chertoff, Secretary *et al.*, <br><br> Defendants. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 7/19/07 <br><br> Docket #: 07-cv-5571 |

### ORDER

On this 16 day of November, 2007,

UPON consideration that Plaintiffs' Asylee Relative Petition (I-730) package has not been located or otherwise reconstructed, it is hereby

ORDERED that the following scheduling order be entered:

Plaintiffs' motion for summary judgment is due by December 10, 2007;

Defendants' responsive pleading is due by January 7, 2008.

Plaintiffs may file a reply by January 21, 2008.

Richard Holwell
U.S. District Judge