```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

QING YUE QIU and QI ZHUO QIU,

                     Plaintiffs,

-against-

SECRETARY MICHAEL CHERTOFF et al.,

                     Defendants.

------------------------------------------------------------x

07 Civ. 5571 (RJH)

**ORDER**

       Defendant has informed the Court that the relief requested by plaintiff has been granted and that further confirmation will soon render this action moot. Accordingly, plaintiff's motion for summary judgment is DENIED WITHOUT PREJUDICE for administrative purposes. Plaintiff may renew the motion by letter application to the undersigned.

       SO ORDERED.

Dated: New York, New York
       September 16, 2008

                                             Richard J. Holwell
                                          United States District Judge